JACOB MANDELBAUM, Respondent, v.— THE CITY OF NEW YORK, Appellant. Order unanimously reversed, with costs and disbursements, and the verdict rein stated. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

DALLAS POSTER ADVERTISING COMPANY, Appellant, v. H. HAROLD WINEBURGH OF DEAL, NEW JERSEY, and Others, as Executors, etc., of HENRY WINEBURGH, Deceased, Respondents. WACO ADVERTISING COMPANY, Appellant, v. H. HAROLD WINEBURGH OF DEAL, NEW JERSEY, and Others, as Executors, etc., Respondents. — Judgments unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GEORGE BROWNING, Respondent, v. SOFRO RESTAURANT CORPORATION, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN HOLZSCHLAG, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

RONDINO, S. A., Respondent, v. ABRAHAM FELD and DAVID FELD, Copartners, etc., Appellants, and TRANS-OCEANIC SALES CO., INC., Respondent.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CLIFFORD J. STODDARD and Others, Respondents, Appellants, v. CHARLES M. SCHWAB and Others, Appellants, Respondents, Impleaded with Others.— Orders unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

CARL LYNDON BIXBY, Appellant, v. COLEMAN DAWSON (Also Known as " NICK ", DAWSON), JERGENS WOODBURY SALES CORPORATION and NATIONAL BROADCASTING CO., INC., Respondents.— Judgment unanimously modified by striking out the additional allowance of $500 in favor of the defendants National Broadcasting Co., Inc., and Jergens Woodbury Sales Corporation, and of $500 to the defendant Coleman Dawson, and as so modified affirmed, with costs to the respondents. No opinion. Settle order on notice. [See, also, 252 App. Div. 667.] Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of M. E. BISHOP, INC., Petitioner, for an Order against CHARLES A. HARNETT, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JACOB YOUNGERMAN, Appellant, v. EDITH YOUNGERMAN, Respondent.— Order, so far as appealed from, unanimously reversed, without costs, and the motion granted in so far as to strike out provision in the judgment for the support of defendant, and remit the question of the amount to be paid for the support of the children to Special Term for determination. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of BENJAMIN R. HARRIMAN, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of HARRY RAPPORT.— Motion denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.